# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLORIA SUN JUNG YUN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-2416** |
| v | : | (JUDGE MANNION) |
| **BANK OF AMERICA, N.A.,** *et al.*, | : | |
| | : | |
| **Defendants** | | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for an "Emergency Injunction," (Doc. 2), is **DENIED**;

**(2)** The plaintiff's case, (Doc. 1), is **DISMISSED**; and

**(3)** The clerk of court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 16, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2416-01-ORDER.wpd